Robert Emerson LAMB, Plaintiff—
Appellant,

v.

Michael J. ASTRUE, Commissioner,
Defendant—Appellee.

No. 08–1725.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 21, 2008.

Decided: Aug. 25, 2008.

Robert Emerson Lamb, Appellant Pro
Se.

Before WILLIAMS, Chief Judge, and
KING and DUNCAN, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM:

Robert Emerson Lamb appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint and dismissing it for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii) (2000) because it was not filed in a timely manner. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lamb v. Astrue,* No. 4:07–cv–00082–RBS (E.D. Va. June 19, 2008). We deny his motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*